

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CRIMINAL ACTION NO. 4:05CR-4-M

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.

BEN WEBSTER                                                          DEFENDANT

JURY INSTRUCTIONS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Having found the Defendant, Ben Webster, guilty of Count 1 and Count 2 of the Superseding Indictment, I will now instruct you on the law you are to apply with respect to forfeiture of property. You are instructed to render special verdicts concerning certain property that the United States alleges to be subject to forfeiture as a result of the defendant's crime. All my previous instructions regarding the credibility of witnesses, duty to deliberate, and the rules of law that I previously instructed you to follow in deciding this case also apply to your deliberations regarding the forfeiture aspect of this case.

## INSTRUCTION NO. 1

Title 18, United States Code, Section 2253, states that a defendant convicted of the offenses charged in Counts 1 and 2 of the Superseding Indictment must forfeit to the United States any property, real or personal, used, or intended to be used, to commit or to promote the commission of the offenses alleged in Counts 1 and 2 of this indictment.

## INSTRUCTION NO. 2

The United States alleges that the following property is to be forfeited:

1. Real property located at 3217 Bob White Drive, Owensboro, Kentucky 42301, more particularly described as follows:

   Lot No. 61 in unit 2 of Audubon Acres Subdivision, in Daviess County, Kentucky, the plat of which is of record in Plat Book 3 at Page 27 in the office of the Daviess County Court Clerk, to which plat reference is made for a more particular description of said lot.

   Being the same property conveyed to Carolyn Sue Webster and Ben Howard Webster by deed dated August 23, 2002, of record in Deed Book 755, Page 518, in the office of the Clerk of the County Court of Daviess County, Kentucky.

2. Gateway, model ATXAEG LX2700S, Serial Number 0027647088

3. Phillips Monitor, Serial Number 66219881.

4. Gateway Keyboard, Serial Number 4120712.

5. Mouse, Serial Number LZS21866640.

6. Canon, model F917000 Scanner Set, Serial Number UYX004607.

7. Boston BA745 Speaker Set, Serial Number 0115188.

8. Sony Cyber-Shot Digital Camera, Model No. DSC-P51, Serial Number 1448295.

9. Canon, Sure-Shot 80 Tele, 35MM Camera, Serial Number 1448295.

10. RCA Modem, Model DCM245R, Serial Number 00490-226401565.

11. Intel Computer Camera.

12. Assorted computer cables.

As to each item, you must determine whether the United States has proved by a preponderance of the evidence that the property was used or intended to be used or promote the offenses of which he has been convicted.

## JURY INSTRUCTION NO. 3

The United States must prove its case for forfeiture by a preponderance of the evidence. A "preponderance of the evidence" simply means an amount of the evidence which is enough to persuade you that the United States's forfeiture allegations are more likely true than not true. A preponderance of the evidence means the greater weight of the evidence. This standard is less strict than the "beyond a reasonable doubt" standard that you applied when you determined that the defendant was guilty of the offenses charged in Counts 1 and 2.

## INSTRUCTION NO. 4

It may happen that the items subject to forfeiture are held in the name of a person or business entity other than the defendant, or in the name of the defendant and another person. You should simply disregard any such title or formal claim in such property; any interest that another person may claim in such a property will be taken into account by this Court at a later time. Your sole task as jurors is to decide if the listed items were used or intended to be used or promote the commission of the offenses of which he has been convicted.

## INSTRUCTION NO. 5

While deliberating, you may consider any evidence offered by the parties at any stage of the trial. Any verdict you reach in the jury room must be unanimous. In other words, to return a verdict you all must agree. Your deliberations will be secret; you will never have to explain your verdicts to anyone.

A Special Verdict Form has been prepared for your convenience. You are instructed to consider each property listed on the Special Verdict Form and determine from the evidence whether the United States has proven that it is more likely than not that the items identified were used or intended to be used or promote the commission of the offenses of which he has been convicted.

If you believe that the United States has met its burden with respect to any one or more of the items of property, you will place an "X" on the line next to each property under the heading "YES". If you find that the United States has not met its burden with respect to a piece of property, you will place an "X" on the line under the heading "NO."

When your foreperson has completed the form, signed and dated it, you will end your deliberations and return to the courtroom.